UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: JAMES E. BOZER : | |
| Debtor | |
| : | |
| JAMES E. BOZER : | Case No. 11-41056-MS |
| Plaintiff | Chapter 7 |
| : | |
| vs: | Adv Proc No. |
| : | |
| SALLIE MAE | |
| Defendant : | |
| _____ : | |

## COMPLAINT TO DETERMINE DISCHARGEABIILTY OF STUDENT LOAN

1. On October 26, 2011 the debtor filed a petition for relief under chapter 7 of the Bankruptcy Act. This court has jurisdiction over this action under 28 U.S.C. Section 1334. This proceeding is a core proceeding.

2. One of the unsecured debts owing by the Debtor and listed on Schedule F is a student loan owing to Sallie Mae in the sum of $44,132.83 which was used by the Debtor for tuition and permitted school expenses.

3. As a result of the Debtor's while serving in the army as an officer during the conflict in Kosovo and Bosnia, the Debtor became ill and since his discharge has been suffering from psychiatric and other health related problems associated with drugs and alcohol.

4. During the past year the Debtor completed a substance abuse program at the Veterans Administration. On May 2, 2011 he was admitted to the VA Medical Center for

depression and alcohol dependency. After completion of the program he entered intensive outpatient therapy which he completed on June 6, 2011. He is currently on medication for what is called social phobia and generalized anxiety with associated panic attacks. A copy of a letter from Christopher Gates, licensed psychologist of the Veterans Administration is annexed hereto as exhibit "A" and a copy of a letter from Lynette Johnson a Veterans Administration psychologist is annexed hereto as Exhibit "B"

5. He is continuing treatment under the care of the Veterans Administration. Annexed hereto as Exhibit "C" is a copy of a letter from Fouad Eljarrah MH confirming the continued treatment and concluding that the Debtor's symptoms negatively affect his ability to obtain and maintain gainful employment and that it is not anticipated that he will recover in the foreseeable future.

6. The Debtor cannot work, and have not been able to be gainfully employed since September 9, 2009. The Debtor is currently taking Sertraline, HCL 100 Mg, Clonazepam .5 mg and Propranolol 10 mg. to control his symptoms. A copy of the prescriptions for these medications is annexed hereto as Exhibit "D" and made a part hereof.

7. The Debtor's student loans were incurred in the 1990's. In 2003 the loans were consolidated. The Debtor's student loans may be dischargeable pursuant to 11 USC 523 (a)(8). In <u>Bruner v New York State Higher Education Services Corp.</u> 831 F.2d 395 (2nd Cir. 1987) aff'g 46 B.R. 752 ( Bankr. S.D.N.Y. 1985) the test is (1) that the debtor cannot pay the student loan and maintain a minimal standard of living; (2) that this situation is likely to persist for a significant portion of the repayment period of the student loans, and (3) that the debtor has made a good faith efforts to repay the loans.

8. The Debtor has no income and am dependent upon his family. particularly from his brother with whom he resides and from his father. The doctors have indicated that

the Debtor will not be able to work for the foreseeable future. Without income the Debtor cannot make payments of the student loans.

9. The Debtor seeks an order of the Court discharging the Debtor's student loan pursuant to 11 USC 523(a)(8).

_____
**ARTHUR C. LINDERMAN ESQ. (6731)**
**Attorney for the Plaintiff**
**34 North Sussex Street**
**Dover, New Jersey 07801**
**201-366-0007**

**DEPARTMENT OF VETERANS AFFAIRS**
New Jersey Health Care System

November 22, 2011

To Whom It May Concern:

This letter serves as notice that Mr. Bozer was enrolled and successfully completed the requirements of the East Orange VA Hospital's 32 day residential treatment program. He was admitted to the program on 5/6/2011 and was discharged on 6/6/2011. Due to his successful stay in the East Orange VA Substance Abuse Residential Rehabilitation Treatment Program (SARRTP), this veteran was considered suitable for the rigorous Intensive Outpatient Substance Abuse Treatment Program here at the East Orange VA Medical Center. Concurrent with his substance abuse is underlying anxiety and depression. He is on medication which is being managed by a VA psychiatrist which, coupled with his counseling, has improved his symptomatology. Despite treatment and medication, Mr. Bozer still suffers from social phobia and generalized anxiety. At times, this has also led to panic attacks.

This individual has signed consent to release medical information to allow the undersigned and East Orange VA behavioral health staff contact with your department. Please do not hesitate to contact me or my colleagues regarding this veteran.

Most respectfully,

Christopher Gates

Christopher Gates, Ph.D.
Licensed Psychologist
Program Manager
Substance Abuse Residential Rehabilitation Program
New Jersey Department of Veterans Affairs
385 Tremont Ave, East Orange NJ 07018

973 676.1000 x 1467
Christopher.Gates@va.gov
Fax 973 395 7016

- **VA Medical Centers**
  East Orange Campus
  385 Tremont Avenue
  East Orange, NJ 07018
  (973) 676-1000

  Lyons Campus
  151 Knollcroft Road
  Lyons, NJ 07939
  (908) 647-0180

- **VA Community Based Outpatient Clinics (CBOCs)**
  James J. Howard CBOC
  970 Route 70
  Brick, NJ 08724
  (732) 206-8900

  Elizabeth CBOC
  654 East Jersey Street
  Suite 2A
  Elizabeth, NJ 07206
  (908) 994-0120

  Fort Monmouth CBOC
  Patterson Army Health Clinic
  Building 1075, Stephenson Ave
  Fort Monmouth, NJ 07703
  (732) 532-4500

  Hackensack CBOC
  385 Prospect Avenue
  Hackensack, NJ 07601
  (201) 487-1390

  Jersey City CBOC
  115 Christopher Columbus Dr
  Jersey City, NJ 07302
  (201) 435-3055

  Morristown CBOC
  340 West Hanover Ave.
  Morristown, NJ 07960
  (973) 539-9791

  Newark CBOC
  20 Washington Place
  Newark, NJ 07102
  (973) 645-1441

  New Brunswick CBOC
  317 George Street
  New Brunswick, NJ 08901
  (732) 729-0646

  Paterson CBOC
  275 Getty Avenue
  Paterson, NJ 07503
  (973) 247-1666

  Trenton CBOC
  University Office Plaza
  3635 Quaker Bridge Road
  Hamilton, NJ 08619
  (609) 570-6800

Exhibit "A"



**DEPARTMENT OF VETERANS AFFAIRS**
**New Jersey Health Care System**

Medical Center
385 Tremont Avenue
East Orange NJ 07018
(973) 676-1000

Medical Center
151 Knollcroft Road
Lyons NJ 07939
(908) 647-0180

James J. Howard
Outpatient Clinic
970 Route 70
Brick NJ 08724
(732) 206-8900

VA Primary Care Clinic
382 Prospect Avenue
Hackensack NJ 07601
(201) 487-1390

VA Primary Care Clinic
171 Jersey Street Bldg. 36
Trenton NJ 08611-2425
(609) 989-2355

VA Primary Care Clinic
654 East Jersey St. 2nd Fl.
Elizabeth NJ 07201
(908) 994-0120

VA Primary Care Clinic
115 Christopher Columbus Dr.
Jersey City NJ 07302
(201) 435-3055

VA Primary Care Clinic
317 George Street
New Brunswick NJ 08901
(732) 729-9555

VA Primary Care Clinic
540 W. Hanover Avenue
Morris Plains NJ 07950
(973) 539-9791

VA Primary Care Clinic
20 Washington Place
Newark NJ 07102
(973) 645-1441

October 28, 2011

Re:   James Bozer

To Whom It May Concern:

The above veteran was admitted to the VA Medical Center on May 2, 2011 for depression and alcohol dependency. He was transferred to the Residential Substance Abuse Treatment Program on May 6. He participated well in the program and completed it June 10. He entered the Intensive Outpatient the next day.

He attended the Intensive Outpatient Program which requires daily attendance from 8:30 am to 2:00 pm for group and individual therapy and psychoeducational groups. Drug screen urines are taken three times a week, and breathalyzers are given daily. The program includes daily group therapy and relapse prevention classes. He participated and attended consistently, completing the 90 day program on September 20. He was followed by the psychiatrist and given sertraline to stabilize his depression.

Lynnette Johnson, Ph.D.
Psychologist
(973)676-1000, ext. 2591

Exhibit "B"

**DEPARTMENT OF VETERANS AFFAIRS**
**New Jersey Health Care System**

- **VA Medical Centers**

  **East Orange Campus**
  385 Tremont Avenue
  East Orange, NJ 07018
  (973) 676-1000

  **Lyons Campus**
  151 Knollcroft Road
  Lyons, NJ 07939
  (908) 647-0180

- **VA Community Based Outpatient Clinics (CBOCs)**

  **James J. Howard CBOC**
  970 Route 70
  Brick, NJ 08724
  (732) 206-8900

  **Elizabeth CBOC**
  654 East Jersey Street
  Suite 2A
  Elizabeth, NJ 07206
  (908) 994-0120

  **Hackensack CBOC**
  385 Prospect Avenue
  Hackensack, NJ 07601
  (201) 487-1390

  **Hamilton CBOC**
  University Office Plaza I
  3635 Quakerbridge Road
  Hamilton, NJ 08619
  (609) 570-6600

  **Jersey City CBOC**
  115 Christopher Columbus Drive
  Jersey City, NJ 07302
  (201) 435-3055

  **Morristown CBOC**
  340 West Hanover Avenue
  Morristown, NJ 07960
  (973) 539-9791

  **Newark CBOC**
  20 Washington Place
  Newark, NJ 07102
  (973) 645-1441

  **Paterson CBOC**
  11 Getty Avenue
  Building 275
  Paterson, NJ 07503
  (973) 247-1666

  **Piscataway CBOC**
  14 Wills Way
  Piscataway, NJ 08854
  (732) 981-8193

  **Tinton Falls CBOC**
  The Atrium
  55 Gilbert Street
  Building 4, 1st Floor, Suite 4101
  Tinton Falls, NJ 07701
  (732) 842-4751

12/5//2011

To Who It May Concern.

This letter is to inform you that Mr. James Edward Bozer, DOB 07/23/1975, has been under my psychiatric care since May 2010.
He carries the diagnosis of Depression, Social phobia, Generalized Anxiety disorder.
He has been in counseling since 2008.
He is currently treated with individual/group therapy in addition to pharmacotherapy by this author.
Veteran has severe symptoms that negatively affects his ability to obtain and maintain gainful employment.
He is not expected to fully recover in the foreseeable future.
Please feel free to contact us for more information

*[signature]*

Fouad Eljarrah MD.

EXHIBIT "C"

Outpatient Medication Details

BOZER,JAMES EDWARD    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                              Jul 23, 1975 (36)
================================================================================
*** WORK COPY ONLY ***                              Printed: Nov 03, 2011  14:50

SERTRALINE TAB  100MG
TAKE ONE-HALF TABLET BY MOUTH DAILY for depression (note dosage increase)
Quantity: 15 Refills: 1

Activity:
09/28/2011 11:45   New Order (Renewal) entered by ELJARRAH,FOUAD (PHYSICIAN)
      Order Text:         SERTRALINE TAB  100MG
                          TAKE ONE-HALF TABLET BY MOUTH DAILY for depression (note dosage increase)
                          Quantity: 15 Refills: 1
      Nature of Order:    ELECTRONICALLY ENTERED
      Elec Signature:     ELJARRAH,FOUAD (PHYSICIAN) on 09/28/2011 11:48

Current Data:
Treating Specialty:
Ordering Location:        E-SA PSYCHIATRY IND
Start Date/Time:          09/29/2011 (originally 08/05/2011)
Stop Date/Time:           09/28/2012
Current Status:           ACTIVE
   Orders that are active or have been accepted by the service for
   processing. e.g., Dietetic orders are active upon being
   ordered, Pharmacy orders are active when the order is verified,
   Lab orders are active when the sample has been collected,
   Radiology orders are active upon registration.
Order #32868553

Order:
Medication:               SERTRALINE TAB 100MG
Instructions:             50MG BY MOUTH DAILY
Sig:
   TAKE ONE-HALF TABLET BY MOUTH DAILY
Patient Instructions:
   for depression (note dosage increase)
Days Supply:              30
Quantity:                 15
Refills:                  1
Pick Up:                  WINDOW
Priority:                 ROUTINE
Comments:

Dispense Drugs (units/dose):  SERTRALINE HCL 100MG TAB ()
Last Filled:              10/28/11
Refills Remaining:        0
Filled:                   9/29/11 (Window) released 9/29/11
                          RENEWED FROM RX # 324457909
                          10/28/11 (Mail) released 10/31/11
Prescription#:            324457909A
Pharmacist:               LAU,JAMES


First Party Pay Exemptions
Order Checks:

--------------------------------------------------------------------------------
Page 1

EXHIBIT "D"

Outpatient Medication Details

BOZER,JAMES EDWARD    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                          Jul 23, 1975 (36)
================================================================
*** WORK COPY ONLY ***                          Printed: Nov 03, 2011  14:50

HIGH:      Duplicate Therapy: Order(s) exist for {SERTRALINE HCL 50MG TAB
           [DISCONTINUED (EDIT)]} in the same therapeutic categor(ies):
           Antidepressants, Serotonin-Specific ReUptake Inhibitor(SSRIs)
           Antidepressants
Override:  ELJARRAH,FOUAD (PHYSICIAN) on 09/28/2011 11:48
           ok

================================================================

================================================================

MEDICATION HISTORY for SEP 04, 2011  to  NOV 03, 2011
Run Date: NOV 03, 2011@14:50

Page: 1
MEDICATIONS SEARCH LIST: SERTRALINE

Patient: BOZER,JAMES EDWARD         SSN:      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          DOB:
JUL 23,1975 (36)
Sex:     MALE                        Ht/Wt:    182cm/93kg           Ward: E-
18BD Rm 135-28
Dx:      SUBTANCE ABUSE              Last Mvmt: JUN 6,2011@18:40    Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies: No Known Allergies
================================================================
Location           St Sch Administration Date    By       Injection Site
Units              Units of
                                                          Medication & Dosage
GIVEN              Administration
-----------------------------------------------------------------------------
-------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
================================================================
BOZER,JAMES EDWARD                                          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
Ward: E-18BD  Room-Bed: 135-28

-----------------------------------------------------------------------------
End of report

Outpatient Medication Details

BOZER,JAMES EDWARD    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                               Jul 23, 1975 (36)
================================================================================
*** WORK COPY ONLY ***                                  Printed: Nov 03, 2011  14:51


cloNAZEpam TAB  0.5MG
TAKE ONE TABLET BY MOUTH TWICE A DAY
Quantity: 60 Refills: 1

Previous Order:
        Order Text:             cloNAZEpam TAB  0.5MG
                                TAKE ONE TABLET BY MOUTH TWICE A DAY
                                Quantity: 60 Refills: 1
Activity:
09/28/2011 11:47   New Order (Change) entered by ELJARRAH,FOUAD (PHYSICIAN)
        Order Text:             cloNAZEpam TAB  0.5MG
                                TAKE ONE TABLET BY MOUTH TWICE A DAY
                                Quantity: 60 Refills: 1
        Nature of Order:   ELECTRONICALLY ENTERED
        Elec Signature:    ELJARRAH,FOUAD (PHYSICIAN) on 09/28/2011 11:48

Current Data:
Treating Specialty:
Ordering Location:         E-SA PSYCHIATRY IND
Start Date/Time:           09/29/2011
Stop Date/Time:            03/30/2012
Current Status:            ACTIVE
   Orders that are active or have been accepted by the service for
   processing.  e.g., Dietetic orders are active upon being
   ordered, Pharmacy orders are active when the order is verified,
   Lab orders are active when the sample has been collected,
   Radiology orders are active upon registration.
Order #32868594

Order:
Medication:                cloNAZEpam TAB 0.5MG
Instructions:              0.5MG BY MOUTH BID
Sig:
   TAKE ONE TABLET BY MOUTH TWICE A DAY
Days Supply:               30
Quantity:                  60
Refills:                   1
Pick Up:                   WINDOW
Priority:                  ROUTINE
Comments:

Dispense Drugs (units/dose):   CLONAZEPAM 0.5MG TAB ()
Last Filled:               9/29/11
Refills Remaining:         1
Filled:                    9/29/11 (Window) released 9/29/11
Prescription#:             324481025
Pharmacist:                LAU,JAMES


First Party Pay Exemptions
Order Checks:
HIGH:       Duplicate Therapy: Order(s) exist for (HYDROXYZINE PAMOATE 50MG CAP

--------------------------------------------------------------------------------
Page 1

Outpatient Medication Details

```
BOZER,JAMES EDWARD     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                          Jul 23, 1975 (36)
===============================================================================
*** WORK COPY ONLY ***                          Printed: Nov 03, 2011  14:51

            [UNRELEASED], HYDROXYZINE PAMOATE 50MG CAP [ACTIVE]} in the same
            therapeutic categor(ies): Antianxiety Agents
Override:   ELJARRAH,FOUAD (PHYSICIAN) on 09/28/2011 11:48
            ok

===============================================================================


===============================================================================
================================================

MEDICATION HISTORY for SEP 04, 2011  to  NOV 03, 2011
Run Date: NOV 03, 2011@14:50

Page: 1
MEDICATIONS SEARCH LIST: cloNAZEpam

Patient: BOZER,JAMES EDWARD        SSN:     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         DOB:
JUL 23,1975 (36)
Sex:       MALE                    Ht/Wt:   182cm/93kg          Ward:  E-
18BD Rm 135-28
Dx:        SUBTANCE ABUSE          Last Mvmt: JUN 6,2011@18:40  Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies: No Known Allergies
===============================================================================
================================================
Location            St Sch Administration Date   By       Injection Site
Units               Units of
                                                          Medication & Dosage
GIVEN               Administration
-------------------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
===============================================================================
================================================
BOZER,JAMES EDWARD                                          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
Ward: E-18BD  Room-Bed: 135-28
```

---

End of report

Outpatient Medication Details

BOZER,JAMES EDWARD    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                          Jul 23, 1975 (36)
========================================================================
*** WORK COPY ONLY ***
                                              Printed: Nov 03, 2011  14:51

PROPRANOLOL TAB  10MG
TAKE ONE TABLET BY MOUTH TWICE A DAY
Quantity: 60 Refills: 0

Activity:
06/29/2011 13:56  New Order (Renewal) entered by ELJARRAH,FOUAD (PHYSICIAN)
    Order Text:        PROPRANOLOL TAB  10MG
                       TAKE ONE TABLET BY MOUTH TWICE A DAY
                       Quantity: 60 Refills: 0
    Nature of Order:   ELECTRONICALLY ENTERED
    Elec Signature:    ELJARRAH,FOUAD (PHYSICIAN) on 06/29/2011 13:56

Current Data:
Treating Specialty:
Ordering Location:       E-SA PSYCHIATRY IND
Start Date/Time:         06/29/2011 (originally 06/03/2011)
Stop Date/Time:          07/29/2011
Current Status:          EXPIRED
    Orders that have a stop date which has expired. e.g., Unit Dose
    orders expire at some sites 14 days after the order is created,
    but may be renewed within a hospital designated time
    after the expiration date.
Order #32180828

Order:
Medication:              PROPRANOLOL TAB 10MG
Instructions:            10MG BY MOUTH BID
Sig:
    TAKE ONE TABLET BY MOUTH TWICE A DAY
Days Supply:             30
Quantity:                60
Refills:                 0
Pick Up:                 MAIL
Priority:                ROUTINE
Comments:

Dispense Drugs (units/dose):  PROPRANOLOL 10MG TAB  ()
Last Filled:             6/29/11
Refills Remaining:       0
Filled:                  6/29/11 (Mail) released 6/30/11
                         RENEWED FROM RX # 324430592
Prescription#:           324430592A
Pharmacist:              JOSEPH,MARILYN


First Party Pay Exemptions
========================================================================


========================================================================
=====================================================

------------------------------------------------------------------------
Page 1

Outpatient Medication Details

BOZER,JAMES EDWARD    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                          Jul 23, 1975 (36)
========================================================================
*** WORK COPY ONLY ***                          Printed: Nov 03, 2011  14:51


MEDICATION HISTORY for SEP 04, 2011 to NOV 03, 2011
Run Date: NOV 03, 2011@14:51

Page: 1
MEDICATIONS SEARCH LIST: PROPRANOLOL

Patient:  BOZER,JAMES EDWARD          SSN:      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          DOB: JUL 23,1975 (36)
Sex:      MALE                         Ht/Wt:    182cm/93kg           Ward: E-18BD Rm 135-28
Dx:       SUBTANCE ABUSE               Last Mvmt: JUN 6,2011@18:40    Type: DISCHARGE

ADRs:     No ADRs on file.

Allergies: No Known Allergies
========================================================================
========================================================
Location            St Sch Administration Date    By       Injection Site
Units               Units of
                                                           Medication & Dosage
GIVEN               Administration
------------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
========================================================================
========================================================
BOZER,JAMES EDWARD                                          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
Ward: E-18BD  Room-Bed: 135-28

------------------------------------------------------------------------
End of report